USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
FALLON, et al,

                Plaintiffs,

    -against-

18 GREENWICH AVENUE, LLC, et al,

                Defendant.

------------------------------------------------------------ x

1:19-cv-9579 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

On December 30, 2019, Defendants filed a letter with this Court requesting a pre-motion conference on an anticipated motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 59). Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiffs are ORDERED to respond to Defendant's letter motion by January 16, 2020, indicating its position on Defendants' contemplated motion.

**SO ORDERED.**

Dated:  January 13, 2020
           New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge