UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUQUE FALLON, et al.,

    Plaintiffs,

-against-

18 GREENWICH AVENUE, LLC, et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/21

19-CV-9579 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated during the settlement conference conducted on June 28, 2021, the parties are directed to meet and confer in real time (e.g., by telephone or videoconference) and in good faith on at least one occasion, for at least 30 minutes, on or before July 9, 2021. No later than **July 9, 2021**, the parties shall submit a confidential joint letter, emailed to Moses_NYSDChambers@nysd.uscourts.gov, advising the Court as to the status of their settlement negotiations.

Dated:  New York, New York
        June 29, 2021

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**