UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/12/21_

DUQUE FALLON, et al.,

     Plaintiffs,

    -against-

18 GREENWICH AVENUE, LLC, et al.,

     Defendants.

19-CV-9579 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

No later than **July 20, 2021**, the parties shall submit a confidential joint letter, emailed to Moses_NYSDChambers@nysd.uscourts.gov, advising the Court as to the status of their settlement negotiations.

Dated: New York, New York
     July 12, 2021

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**